NO. 30,536

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 9:16:00 AM
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 196TH JUDICIAL DISTRICT |
| | § | |
| EVANDER JACKSON | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes EVANDER JACKSON, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against EVANDER JACKSON.

Respectfully submitted,

Jessica Edwards 24000994
P.O. Box 9318
Greenville, Texas 75404
Tel: (903) 513-0510
Fax: (903) 200-1359
E-Mail: jessicaedwardslaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on August 14, 2015, a true and correct copy of the above and foregoing document was served on the Hunt County District Attorney's Office by hand delivery.

Jessica Edwards



CASE NO. 30536     COUNT 1
INCIDENT NO./TRN: 9128412788 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| EVENDER GENE JACKSON, JR. | § | |
| | § | |
| STATE ID NO.: TX 07344253 | § | 196TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, J. ANDREW BENCH ,Judge of the trial court certify this criminal case:

- [x] is not a plea bargain case, and the defendant has the right of appeal; or
- [ ] is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or
- [ ] is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or
- [ ] is a plea bargain case, and the defendant has NO right of appeal; or
- [ ] the defendant has waived the right of appeal.

Signed on 08-12-2015.

HONORABLE J. ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

     I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)

Attorney for Defendant

Mailing Address: 2801 Stuart ST
Greenville, TX 75401

SBN: 24053282

Telephone number: 469- 508 - 0431
214 - 861 - 8781

Address: 1101 MAIN
COMMERCE, TX 75428
Telephone Number: 903-886-2066
Fax Number: 903-439-1993